**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-7102
_____

RICHARD L. COLEMAN,

                    Plaintiff – Appellant,

          v.

ROBERT M. STEVENSON, III, Warden; KEISHA TAYLOR, Inmate
Grievance Coordinator; JANICE MONTGOMERY, Inmate Grievance
Coordinator,

                    Defendants - Appellees.

                    _____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Henry M. Herlong, Jr., Senior
District Judge.  (0:09-cv-00872-HMH)

                    _____

Submitted:  January 13, 2011        Decided:  January 19, 2011

                    _____

Before MOTZ, KING, and WYNN, Circuit Judges.

                    _____

Affirmed by unpublished per curiam opinion.

                    _____

Richard L. Coleman, Appellant Pro Se. James M. Davis, Jr., Joel
Steve Hughes, DAVIDSON & LINDEMANN, PA, Columbia, South
Carolina, for Appellees.

                    _____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard L. Coleman appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Coleman v. Stevenson</u>, No. 0:09-cv-00872-HMH (D.S.C. July 26, 2010). We also deny Coleman's motions to place the appeal in abeyance, and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>